# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JERROD TRAMELL THOMPSON,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 5:24-cv-00944-RDP-HNJ |
| **WARDEN STREETER,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation (Doc. 9) on July 23, 2025, recommending that the court deny Petitioner Jerrod Tramell Thompson's ("Thompson") *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and dismiss his claims with prejudice as time barred. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Thompson's § 2254 habeas petition is due to be denied and his claims are due to be dismissed with prejudice as time barred. A final judgment will be entered.

**DONE** and **ORDERED** this August 20, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE